BEFORE THE THIRD DIVISION, JUNE 8, 1965

No. 69360.—Irving M. Sobin Chemical Co., Inc. *v.* United States, protests 62/2028, etc. (San Francisco).

Opinion by RICHARDSON, J. Since the protests were filed more than 60 days after liquidation, they were dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE FIRST DIVISION, JUNE 10, 1965

No. 69361.—Irving Raincoat Co., Inc. *v.* United States, protests 64/22383, etc. (New York).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise consists of articles of synthetic rubber similar in all material respects to those the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA —, C.A.D. 848), the claim of the plaintiff was sustained.